IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VIRGINIA BARRERA § § | |
| vs. § § | CIVIL ACTION NO. 5:10-CV-665 XR |
| § | |
| MTC, INC. d/b/a MI TIERRA CAFÉ § AND BAKERY d/b/a LA MARGARITA § RESTAURANT & OYSTER BAR, and § d/b/a RESTAURANTE PICO DE GALLO § | |

### DEFENDANT'S SUBMISSION OF ATTORNEYS' FEES AND EXPENSES

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

NOW COMES MTC, INC. d/b/a MI TIERRA CAFÉ AND BAKERY d/b/a LA MARGARITA RESTAURANT & OYSTER BAR, and d/b/a RESTAURANTE PICO DE GALLO ("Defendant" or "MTC"), Defendant in the above-referenced matter, and pursuant to the Magistrate's Memorandum and Recommendation, dated February 16, 2012 (the "Magistrate's Recommendation"), submits this its Designation of Attorneys' Fees and Expenses, and in support thereof respectfully shows as follows:

1. The Magistrate's Recommendation recommends granting Defendant's Motion for Sanctions, and that Plaintiffs Andrade and Molina pay Defendant's reasonable expenses, including attorneys' fees, incurred by Defendant in preparing for and attending the depositions, as well as in preparing the Motion for Sanctions, because of their failure to appear for their depositions. [Dkt. 71 at 4.]

2. As shown by the attached evidence of Defendant's counsel (COX SMITH MATTHEWS INCORPORATED and DAVIS, CEDILLO & MENDOZA, INC.), Defendant incurred a total of $3,379.00 in

attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75. Defendant therefore requests that the Court order Plaintiffs Andrade and Molina to pay this sum within fourteen (14) calendar days of the Court's subsequent order, or such other period of time as the Court finds appropriate.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court order, in accordance with the Magistrate's Memorandum and Recommendation, dated February 16, 2012, Plaintiffs Andrade and Molina pay the above-identified sum to Defendant within fourteen (14) calendar days. Defendant further requests such other relief, at law or in equity, to which it may be justly entitled.

**COX SMITH MATTHEWS INCORPORATED**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
rbissmeyer@coxsmith.com
cmcgowan@coxsmith.com
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

By: _____
Ramon D. Bissmeyer
State Bar No. 00787088
Cora C. McGowan
State Bar No. 24060258

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 East Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Facsimile: (210) 822-1151
Ricardo G. Cedillo
State Bar No. 04043600
rcedillo@lawdcm.com
Mark W. Kiehne
State Bar No. 24032627
mkiehne@lawdcm.com

ATTORNEYS FOR DEFENDANT,
MTC, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jeremi K. Young
THE YOUNG LAW FIRM, PC
112 West 8th Avenue, Suite 900-D
Amarillo, Texas 79101

_____
Ramon D. Bissmeyer
Cora C. McGowan
Counsel for Defendant

3

3887393.4